# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HOUSTON CASUALTY COMPANY,

       Plaintiff,

v.                                Case No:   6:24-cv-1140-PGB-LHP

ANGELS ON EARTH PPEC, INC. and
JOYCE DURHAM,

       Defendants

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT (Doc. No. 44)** |
| **FILED:** | **January 6, 2025** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for Plaintiff to effect service of process on Defendant Angels on Earth PPEC, Inc. is extended up to and including **April 7, 2025**. **Given the length of this extension, this deadline will not be further extended**.

**DONE** and **ORDERED** in Orlando, Florida on January 7, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties