**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HOUSTON CASUALTY COMPANY,

    Plaintiff,

v.                                                                                              Case No:   6:24-cv-1140-PGB-LHP

ANGELS ON EARTH PPEC, INC. and
JOYCE DURHAM,

    Defendants

---

**ORDER**

Before the Court is Plaintiff Houston Casualty Company's Time-Sensitive Motion to Appoint a Person to Receive Service of Process on Behalf of Angels on Earth PPEC, Inc.  Doc. No. 74.  In the motion, Plaintiff asks that the Court appoint "a specific person" to accept service of process on behalf of Angels on Earth PPEC, Inc. ("AOE"), or alternatively, to deem AOE properly served as of February 12, 2025.  *Id.*  Upon review, the motion (Doc. No. 74) will be **DENIED without prejudice**.

First, as to the request to appoint "a specific person" to accept service of process, Plaintiff points to Fla. Stat. §§ 48.101(2)(c) and 607.1405(6).  Doc. No. 74 ¶¶ 40–41.  But besides general reference to these statutes, Plaintiff does not apply

them, nor does Plaintiff identify whom it wishes the Court to appoint. Absent legal authority supporting Plaintiff's request and identification of the person Plaintiff wishes to have appointed, the Court declines to grant the requested relief.

Second, as to the February 12, 2025 service of process (Doc. No. 67), the Court already denied without prejudice Plaintiff's motion for Clerk's default based upon same, *see* Doc. Nos. 69, 70, and the present motion provides no legal authority supporting Plaintiff's request to find service proper. Doc. No. 74, at 11–12. Accordingly, that request will be denied.

Finally, Plaintiff appears to acknowledge that the proper course of action at this point is to serve AOE via service on Florida's Secretary of State pursuant to Fla. Stat. § 48.161. Doc. No. 74, ¶ 30; *see also* Fla. Stat. §§ 48.081(2)–(4), 48.101(2). Plaintiff's complaint that this may take too long is purely speculative. *See* Doc. No. 74, ¶ 31. Notably, the Clerk of Court has recently issued new proposed summons submitted by Plaintiff related to same, *see* Doc. Nos. 72, 76, and Plaintiff has since filed a notice that substitute service was accepted by the Florida Department of State, *see* Doc. No. 77.

For these reasons, Plaintiff's Time-Sensitive Motion to Appoint a Person to Receive Service of Process on Behalf of Angels on Earth PPEC, Inc. (Doc. No. 74) is **DENIED without prejudice**. Any renewed request for appointment of a person for service of process on behalf of AOE must include citation to legal authority

supporting the requested relief and identification of the person whom Plaintiff seeks to have appointed.

**DONE** and **ORDERED** in Orlando, Florida on March 24, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties